AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

PAUL R. BUCK SR.
    Plaintiff

        v.           Civil Action No. 2:24-cv-58

CITY OF HAMMOND SCHOOL BOARD
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Gretchen S. Lund on Report and Recommendations on Plaintiff's Motion to Dismiss.

DATE: 5/27/2025         CHANDA J. BERTA, CLERK OF COURT

                                       by   s/N. Corle
                                       *Signature of Clerk or Deputy Clerk*